# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 4, 2021

## NO. 03-19-00484-CV

**Dr. Lawrence Broder, M.D. and Round Rock Medical Aesthetics & Urgent Care PLLC d/b/a Beleza Medspa, Appellants**

**v.**

**Nexstar Broadcast Group, Inc.; KXAN-TV; and Jody Barr, Appellees**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the trial court's orders granting appellees' motion to dismiss and awarding attorney's fees signed by the trial court on July 8, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's orders. Therefore, the Court affirms the trial court's orders. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.